Myron L. SIPE, Petitioner,

v.

DEPARTMENT OF the NAVY, Respondent.

No. 2008–3307.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2009.

Myrrel C. Hendricks, Jr., Gebhardt & Associates, LLP, of Washington, DC, argued for petitioner.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Hillary A. Stern, Senior Trial Attorney.

NEWMAN, RADER, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Michele KELLER, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2009–3083.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2009.

Martin S. Hume, Martin S. Hume Co., L.P.A., of Youngstown, Ohio, argued for petitioner.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel and Keisha Dawn Bell, Deputy General Counsel.

NEWMAN, LOURIE, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.